IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RAUL I. CALDERON,

        Plaintiff,

vs.

PERDITION NATE SCHWAB,

        Defendant.

4:23CV3101

**ORDER**

On June 21, 2023, the Court ordered Plaintiff to update his address with the Court within 30 days or face dismissal of this action. Filing No. 7. To date, Plaintiff has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

2. The Clerk of Court is directed to send a copy of this Order and the Judgment to Plaintiff at his last known address and to the following address:

    Raul I. Calderon, X-1746475, 3WEST20032
    Sacramento County Main Jail
    651 "I" Street
    Sacramento, CA 95814.

Dated this 8th day of August, 2023.

BY THE COURT:

*Joseph F. Bataillon*
Joseph F. Bataillon
Senior United States District Judge